Gutiérrez, Demandante y Apelado, *v.* Nogueras, Albacea Testamentario de Isidro Rivera, Demandado y Apelante.

Apelación procedente de la Corte de Distrito de Guayama en un caso sobre cobro de honorarios.

Moción de la parte apelada desistiendo de la demanda por haber sido satisfecha la sentencia y para que se decrete el desistimiento de la apelación.

No. 1103.—Resuelto en abril 14, 1914.

Desestimación de Apelación — Pago de la Sentencia Apelada — Falta de Finalidad Práctica del Recurso.—Cuando, como en el caso de autos, la parte apelante cumple la sentencia contra la cual apeló y el demandante desiste de su demanda por ese motivo mediante moción presentada a este tribunal, carece de finalidad práctica resolver el recurso en su fondo y procede la desestimación de la apelación.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. José C. Ramos.*
Abogado del apelante: *Sr. V. J. Rodríguez Ortiz.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Presentada demanda ante la Corte de Distrito de Guayama por Víctor Gutiérrez Ortiz contra Miguel Nogueras, como albacea testamentario de Isidro Rivera, en reclamación de $1,200 en concepto de honorarios por servicios profesionales que el demandante como médico había prestado al difunto Rivera, recayó sentencia en 14 de junio de 1913, por la que el expresado albacea fué condenado a pagar al Gutiérrez Ortiz la suma de $500 sin especial condenación de costas.

Contra dicha sentencia estableció la representación del demandado Miguel Nogueras recurso de apelación para ante esta Corte Suprema, y después de haber radicado en secretaría la correspondiente transcripción de autos, formuló alegato escrito en apoyo del recurso sin que el demandante apelado haya hecho impugnación alguna por escrito u oralmente, habiéndose limitado su abogado a solicitar de esta corte en moción notificada al abogado del apelante que se tenga al demandante por desistido de la demanda toda vez que ha recibido la suma de $500 cuyo pago se ordenó por la sentencia apelada.

La parte demandada y apelante nada ha alegado en contra de la moción de la demandante apelada, ni por modo expreso ha desistido de su recurso.

No creemos necesario ese desistimiento expreso para desestimar el recurso, pues habiendo sido satisfecha al demandante la suma de $500 a cuyo pago fué condenado el demandado y desistido en su consecuencia de la demanda que es la base del juicio, carece de finalidad práctica entrar a considerar y resolver dicho recurso en su fondo.

Véase el caso *ex parte* Eusebio Sánchez e Inocencio Arduén decidido en febrero 13 del corriente año.

Procede desestimar la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.